# EXHIBIT A

Attorney Code #36013

FILED
6/25/2020 3:23 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
9588748

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT – LAW DIVISION

| | | |
|---|---|---|
| LATOYIA MCSWINE, | ) | |
| | ) | |
| Plaintiff, | ) | No.: **2020L006806** |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| GONSALO MORENO, and | ) | |
| TRUCKS FOR YOU, INC., | ) | |
| a Foreign Corporation | ) | |
| | ) | |
| Defendant. | ) | |

JESSE WHITE
SECRETARY OF STATE

JUN 3 0 2020

AMT $5.00

### COMPLAINT AT LAW

NOW COMES the Plaintiff, LATOYIA MCSWINE, by and through her attorneys, LAW

OFFICE OF SCOTT D. DESALVO LLC, and in complaining of the Defendants, GONSALO

MORENO and TRUCKS FOR YOU, INC., a Foreign Corporation, states and alleges as follows:

### COUNT I - GONSALO MORENO

1.      That on or around July 11, 2018, Interstate 294 was a public highway running in a

northerly and southerly direction at or near Mile Post 30.7 and just south of the exit ramp for

Interstate 290, in the Township of Proviso, County of Cook and State of Illinois.

2.      That at said time and place, the Plaintiff, LATOYIA MCSWINE, was operating a

vehicle which was traveling northbound on Interstate 294 at or near Mile Post 30.7 and just short

of the exit ramp for Interstate 290.

FILED DATE: 6/25/2020 3:23 PM   2020L006806

FILED DATE: 6/25/2020 3:23 PM    2020L006806

3.     That at said time and place, Defendant, GONSALO MORENO, was also operating a vehicle which was traveling northbound on Interstate 294 at or near Mile Post 30.7 in the same City, County and State as aforesaid.

4.     That at all times mentioned herein, the Defendant, GONSALO MORENO, had a duty to exercise due care and caution in the operation of his motor vehicle so as to avoid injuries to persons lawfully upon the thoroughfare including the Plaintiff, LATOYIA MCSWINE.

5.     That at said time and place, the Defendant, GONSALO MORENO, breached his aforementioned duty in that he did or failed to do one or more of the following things in a careless and negligent manner:

a.     Operated his motor vehicle at a rate of speed that was greater than was reasonable and proper with regard to traffic conditions and the use of the highway contrary to and in violation of Section 11-601(a) of the Illinois Motor Vehicle Code.

b.     Failed to keep a proper lookout for other vehicles in and about the area.

c.     Failed to have his motor vehicle equipped with brakes proper and sufficient to hold and stop his motor vehicle contrary to and in violation of Section 12-301(a) of the Illinois Motor Vehicle Code.

d.     Failed to give proper and adequate warning of the approach of his motor vehicle although such warning was necessary to ensure the safe operation of her motor vehicle contrary to and in violation of the provisions of Section 12-601(a) of the Illinois Motor Vehicle Code.

e.     Failed to stop his motor vehicle when danger was imminent so as to avoid causing a collision.

f.     Failed to change the course of said motor vehicle so as to avoid striking another vehicle when it was necessary to avoid causing injuries to the Plaintiff.

FILED DATE: 6/25/2020 3:23 PM   2020L006806

    g.    Followed the Plaintiff's vehicle too closely in violation of Section 11-710 of the Illinois Motor Vehicle Code.

    h.    Failed to maintain his vehicle wholly within his lane of traffic contrary to and in violation of the provisions of Section 11-709 of the Illinois Motor Vehicle Code.

6.    That as a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions to act on the part of the Defendant, GONSALO MORENO, the vehicle being operated by the Defendant, GONSALO MORENO, had a collision with the vehicle being operated by the Plaintiff, LATOYIA MCSWINE; and as a direct and proximate result of that collision, the Plaintiff, LATOYIA MCSWINE, was then and there severely and seriously injured, both internally and externally, and she suffered a severe shock to her nervous system, and bruises, contusions, and lacerations to her body; and became sick and disabled, and will continue to suffer great pain, discomfort and physical impairment, and her injuries required hospitalization and medical treatment, all of which said injuries are permanent; and she has been kept from and will be kept from attending to his ordinary affairs and duties and has lost large gains as a result thereof. Additionally, she has become and will become obligated for large sums of money for her medical and hospital care and treatment.

WHEREFORE, the Plaintiff, LATOYIA MCSWINE, by and through her attorneys, LAW OFFICE OF SCOTT D. DESALVO LLC, prays that a judgment be entered against the Defendant, GONSALO MORENO, in a sum in excess of $30,000.00 or such other sum which will fairly, reasonably, and adequately compensate her for her injuries and damages, together with her costs of bringing this suit.

FILED DATE: 6/25/2020 3:23 PM    2020L006806

## COUNT II- TRUCKS FOR YOU, INC

1. to 6. The Plaintiff, LATOYIA MCSWINE, by and through her attorneys, LAW OFFICE OF SCOTT D. DESALVO, hereby adopts the allegations of Paragraphs 1. to 6. of the previous Count as and for the allegations to Paragraphs 1. to 6. of this Count as though fully set forth herein.

7.     At all times mentioned herein, the Defendant, GONSALO MORENO, was an employee and/or agent of the Defendant, TRUCKS FOR YOU, INC., and was acting within the scope and course of his employment and/or agency with the Defendant, TRUCKS FOR YOU, INC.

8.     That by virtue of the employment and/or agency relationship between the Defendant, GONSALO MORENO, and the Defendant, TRUCKS FOR YOU, INC., the Defendant, TRUCKS FOR YOU, INC., is vicariously liable for the acts of the Defendant, GONSALO MORENO.

WHEREFORE, the Plaintiff, LATOYIA MCSWINE, by and through her attorneys, LAW OFFICE OF SCOTT D. DESALVO, LLC, prays that a judgment be entered against the Defendant, TRUCKS FOR YOU, INC, in a sum in excess of $30,000.00 or such other amount which will fairly, reasonably and adequately compensate her for her injuries and damages, together with her costs of bringing this suit.

Respectfully Submitted:

*/s/ Scott D. DeSalvo*

Scott D. DeSalvo,
Attorney for Plaintiff

Scott D. DeSalvo
LAW OFFICES OF SCOTT D. DESALVO
200 North LaSalle Street, Suite 2675
Chicago, Illinois 60601
Phone: (312) 895-0545
Attorney Code: 36013

FILED DATE: 6/25/2020 3:23 PM   2020L006806

FILED DATE: 6/25/2020 3:23 PM   2020L006806

<u>**Certification Pursuant to SCR 222(b)**</u>

     I, Scott D. DeSalvo, the attorney, certify that the amount of damages sought for each Plaintiff in this matter exceeds $50,000.00.

                                       */s/Scott D. DeSalvo*
                                  Scott D. DeSalvo

Scott D. DeSalvo
LAW OFFICE OF SCOTT D. DESALVO
200 North LaSalle Street, Suite 2675
Chicago, Illinois 60601
Phone: (312) 895-0545
Fax:    (866) 629-1817
Attorney Code: 36013

Attorney Code #36013

19sd125

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT – LAW DIVISION

| | | |
|---|---|---|
| LATOYIA MCSWINE, | ) | |
| | ) | |
| Plaintiff, | ) | No.:  2020 L 006806 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| GONSALO MORENO, and | ) | |
| TRUCKS FOR YOU, INC., | ) | |
| a Foreign Corporation | ) | |
| | ) | |
| Defendant. | ) | |

## <u>SERVICE LIST</u>

Gonsalo Moreno % Illinois Secretary of State- Resides at 817 Cedar Hill Ave. Dallas, TX 75208
100 W. Randolph
5th Floor
Chicago, IL 60601

# EXHIBIT B





JESSE WHITE
SECRETARY OF STATE

JUN 3 0 2020

AMT $5.00

## Affidavit of Compliance for Service of Process on Non-resident

**To effect service: please serve the Office of the Secretary of State with 2 copies of the summons, 1 copy of the complaint, and a fully executed Affidavit of Compliance. Fee: $5.**

Pursuant to Section 10-301 of the Illinois Vehicle Code (Chapter 625, Section 5/10-301, Illinois Compiled Statutes, Service of Process on Non-resident), the undersigned states that:

1. I am (plaintiff/attorney for plaintiff) in the following named case:

   Latoyia Mcdwine vs. Gonsalo Moreno   No. 20 L 006806
   _First Named Plaintiff_      _Defendant to be Served_

2. This cause of action arises from the use and operation, by the defendant to be served or his duly authorized agent or employee, of a vehicle over or upon the highways of the State of Illinois, which resulted in damage or loss to the person or property of (the undersigned/client of the undersigned). (Strike inapplicable term.)

3. The defendant to be served through the Secretary of State falls under one of the following: (check appropriate box)

   a) [X] At the time of the accident the defendant was and remains a non-resident of this state, or

   b) [ ] Was a resident of this state at the time the cause of action arose but has subsequently become a non-resident of this state, or

   c) [ ] At the time the cause of action arose, the vehicle was owned by a non-resident and was being operated over and upon the highways of this state with the owner's express or implied permission.

4. The undersigned makes this affidavit for the purpose of inducing the Secretary of State to accept service of process on behalf of the named defendant herein according to the provisions of Section 10-301 of the Illinois Vehicle Code. These provisions are applicable to the instant proceeding. The undersigned has complied with and will continue to comply with all of the requirements of said Section. Further, these provisions require notice of such service and a copy of the process to be sent by registered mail within 10 days by the plaintiff to the defendant at his/her last known address, with the plaintiff's Affidavit of Compliance appended to the summons.

5. The undersigned is aware that **any person instituting any action**, suit or proceeding who uses Section 10-301 of the Illinois Vehicle Code to effect service of process, **shall be liable for attorney's fees and costs** of the defendant **if the court finds that the person instituting the action knew or should have known that this section is not applicable for effecting service in such action.**

The undersigned affirms, under penalties of perjury, that the facts stated herein are true.

Stacia L. Rotten      6/30/2020
_Signature of Affiant_      _Date_

Subscribed before me this 30th day of June , 2020 .

Jennifer Vu
_Notary Public_

OFFICIAL SEAL
JENNIFER VU
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/28/23

Printed by authority of the State of Illinois. December 2004 – 1 – EX-3

| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| Summons - Alias Summons | |

JESSE WHITE
SECRETARY OF STATE

JUN 3 0 2020

AMT $5.00

(01/25/17) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

LATOYIA MCSWINE

_____
(Name all parties)

v.

GONSALO MORENO, TRUCKS FOR YOU,
INC., A Foreign Corporation
_____

No. 2020L006806

PLEASE SERVE:  Gonsalo Moreno
817 Cedar Hill Ave.
Dallas, TX 75208

☑ SUMMONS ☐ ALIAS SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801 _____, Chicago, Illinois 60602
☐ District 2 - Skokie         ☐ District 3 - Rolling Meadows      ☐ District 4 - Maywood
   5600 Old Orchard Rd.        2121 Euclid                         1500 Maybrook Dr.
   Skokie, IL 60077            Rolling Meadows, IL 60008           Maywood, IL 60153
☐ District 5 - Bridgeview     ☐ District 6 - Markham 16501        ☐ Child Support: 50 W.
   10220 S. 76th Ave.          S. Kedzie Pkwy. Markham,            Washington, LL-01,
   Bridgeview, IL 60455        IL 60428                            Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 36013

Name: Law Office of Scott D. DeSalvo, LLC

Atty. for: Plaintiff

Address: 200 N. LaSalle #2675

City/State/Zip Code: Chicago, IL 60601

Telephone: 312-895-0545

Primary Email: service@desalvolaw.com

Secondary Email: _____

Tertiary Email: _____

Witness: _____

6/25/2020 3:23 PM DOROTHY BROWN

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____
(Area Code)  (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 1

FILED DATE: 6/25/2020 3:23 PM   2020L006806

*19sd 125*
*pleadings*

FORM **BCA-5.25** (rev. Dec. 2014)
**AFFIDAVIT OF COMPLIANCE**
**FOR SERVICE ON SECRETARY OF STATE**
Business Corporation Act

Department of Business Services
501 S. Second St., Rm. 350
Springfield, IL 62756
217-782-6961
www.cyberdriveillinois.com

Payment must be made by check or money
order payable to Secretary of State.

**TENDERED CHICAGO
CORP. DEPARTMENT**

JUL 1 0 2020

ACCEPTANCE AND "FILED" DATE
ESTABLISHED ONLY AFTER
REVIEW BY SPRINGFIELD OFFICE

Filing Fee: $10    File #: _____    Approved: _____

———— **Submit in duplicate** ———— **Type or Print clearly in black ink** ———— **Do not write above this line** ————

1.  Title and Number of Case:

    LATOYIA MCSWINE _____    first named plaintiff

    V.

    GONSALO MORENO, et al. _____    first named defendant

    Number: 2020 L 006806

2.  Name of corporation being served: TRUCKS FOR YOU, INC., a Foreign Corporation

3.  Title of court in which an action, suit or proceeding has been commenced: Circuit Court of Cook County, IL

4.  Title of instrument being served: Complaint at Law and Summons

5.  Basis for service on the Secretary of State: (check and complete appropriate box)

    a. ☐    The corporation's registered agent cannot with reasonable diligence be found at the registered office of
            record in Illinois.

    b. ☐    The corporation has failed to appoint and maintain a registered agent in Illinois.

    c. ☐    The corporation was dissolved on _____ , _____ ; the conditions
                                                    Month Day                Year
            of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or
            has affected the corporation within five (5) years thereafter.

    d. ☐    The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on

            _____ , _____ .
                Month Day            Year

    e. ☑    The corporation is a foreign corporation that has transacted business in Illinois without procuring authority,
            contrary to the provisions of the Business Corporation Act of 1983.

6.  Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified
    or registered mail: 3303 N. 32nd Street Muskogee, OK 74401

7.  The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

    _____    July 7 _____    2020 _____
            Signature of Affiant                     Month Day                  Year

    ( 312 ) 895-0545 _____
                    Telephone Number

Return to (please type or print clearly):

    Law Office of Scott D. DeSalvo, LLC _____
                            Name
    200 N. LaSalle St. #2675 _____
                    Street
    Chicago, IL 60601 _____
    City/Town            State    Zip

Printed by authority of the State of Illinois. January 2015 — 1 — C 213.11

| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| Summons - Alias Summons | (01/25/17) CCG N001 |

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

FILED DATE: 6/25/2020 3:23 PM  2020L006806

LATOYIA MCSWINE

_____
(Name all parties)

v.

GONSALO MORENO, TRUCKS FOR YOU,
INC., A Foreign Corporation

No. _____ 2020L006806

PLEASE SERVE: TRUCKS FOR YOU, INC.
Via R/A Jay Calavan
3303 N. 32nd Street
Muskogee, OK 74401

☑ SUMMONS ☐ ALIAS SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room **801**_____, Chicago, Illinois 60602
☐ District 2 - Skokie     ☐ District 3 - Rolling Meadows     ☐ District 4 - Maywood
     5600 Old Orchard Rd.     2121 Euclid     1500 Maybrook Dr.
     Skokie, IL 60077     Rolling Meadows, IL 60008     Maywood, IL 60153
☐ District 5 - Bridgeview     ☐ District 6 - Markham 16501     ☐ Child Support: 50 W.
     10220 S. 76th Ave.     S. Kedzie Pkwy. Markham,     Washington, LL-01,
     Bridgeview, IL 60455     IL 60428     Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: **36013**_____      Witness: _____

Name: **Law Office of Scott D. DeSalvo, LLC**      **6/25/2020 3:23 PM DOROTHY BROWN**

Atty. for: **Plaintiff**     DOROTHY BROWN, Clerk of Court

Address: **200 N. LaSalle #2675**

City/State/Zip Code: **Chicago, IL 60601**     Date of Service: _____
     (To be inserted by officer on copy left with Defendant or other person)

Telephone: **312-895-0545**

Primary Email: **service@desalvolaw.com**     **Service by Facsimile Transmission will be accepted at:

Secondary Email:_____     _____

Tertiary Email:_____     (Area Code)  (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 1

**EXHIBIT C**

## GONSALO MORENO
## AFFIDAVIT OF CITIZENSHIP & CONSENT TO REMOVAL

I, Gonsalo Moreno, being of legal age, seal under penalty of perjury that the following statements are true and accurate, to the best of my knowledge and belief:

1. I am a citizen and resident of the State of Texas.
2. I am a defendant in this matter.
3. I do not object to the removal of this matter from Cook County, Illinois to the U.S. District court for the Northern District of Illinois.

Further Affiant Sayeth not.

By: _____
Gonsalo Moreno

7/27/20

2930937v.1" "" 2930937v.1

**EXHIBIT D**

## TRUCKS FOR YOU, INC.
## AFFIDAVIT OF CITIZENSHIP & CONSENT TO REMOVAL

I, Joe Irwin, being of legal age, sear under penalty of perjury that the following statements are true and accurate, to the best of my knowledge and belief:

1. I am a citizen and resident of the State of Oklahoma.

2. I am the Manger of Risk Management of Trucks For You, Inc.

3. Defendant Trucks For You, Inc., is incorporated in the state of Oklahoma, with its principal place of business in Muskogee, Oklahoma.

4. Trucks For You, Inc., does not object to the removal of this matter from Cook County, Illinois to the U.S. District court for the Northern District of Illinois.

Further Affiant Sayeth not.

By: _____
Manager of Risk Management
Trucks For You, Inc.

SUBSCRIBED and SWORN to before me
On _July 23, 2020_

_Brenda Swaidner_
NOTARY PUBLIC

BRENDA SWAIDNER
Notary Public - State of Oklahoma
Commission Number 16009273
My Commission Expires Sep 26, 2020

2930944v.1

**EXHIBIT E**



July 29, 2019

<u>**Sent Via Certified Mail:**</u>
David A. Weinberg
CIA Custard Insurance Adjusters
1701 E Woodfield Road, Suite 423
Schaumburg, IL. 60173

|  | RE: | Our Client: | LaToyia McSwine |
|---|---|---|---|
|  |  | Your Insured: | Gonsalo Moreno, Trucks for You |
|  |  | Date of Injury: | July 11, 2018 |
|  |  | Our File No.: | 19sd125 |
|  |  | Claim No.: | 046-028525 |

To Whom it May Concern:

      As you may know, I represent LaToyia McSwine in her claim against your insured, Gonsalo Moreno and Trucks for You. Due to Gonsalo's negligence on July 11, 2019 LaToyia was injured as a result of a motor vehicle crash. The crash occurred as LaToyia was traveling northbound on Interstate 294 in the area of mile post 30.7. After LaToyia had switched lanes to in order to exit at Interstate 290, she was rear-ended by Gonsalo.

      The severity of the impact caused LaToyia to hit her chest on the steering wheel and head on the windshield causing her to immediately experience back pain, neck pain and a headache.

      Immediately following the crash, LaToyia was transported to Elmhurst Memorial Hospital by the Village of Berkeley EMS. While en route to the hospital, the EMS crew evaluated LaToyia and placed a c-collar on her because of her neck pain. LaToyia also described that the pain in her back was located in the lower region. The EMS crew did not note any other injuries and assisted LaToyia into the emergency room at Elmhurst Memorial Hospital.

      Once in the emergency room, LaToyia was seen by Hillary Loehman, APN. LaToyia described to Nurse Loehman that she was experiencing neck pain, midsternal chest pain, low back pain, and a headache. Nurse Loehman ordered that LaToyia receive a CT scan of her chest, abdomen, and pelvis, a CT scan of her cervical spine, and a CT scan of her brain of head. The results of her CT scan of her chest, abdomen, and pelvis showed no acute post traumatic abnormality of the chest, abdomen, or pelvis. The results of her CT scan of her cervical spine showed no acute cervical fracture or significant degenerative change in the cervical spine. The results of her CT scan of her brain or head showed no acute intracranial process. Once Nurse Loehman reviewed the radiology reports, she diagnosed LaToyia with a neck strain. She instructed her to follow up with Dr. Vankana as soon as possible. She was also prescribed



Tizanidine for the pain.

On July 12, 2018, LaToyia presented herself to the emergency room at MetroSouth Medical Center for a second opinion. LaToyia presented herself to Benjamin Garcia, D.O. with symptoms of headache, neck pain, back pain, and anterior rib pain. She reported that after waking up her neck felt stiff, she was experiencing intermittent headaches, her back felt stiff, and she felt tenderness to her anterior rib cage. Doctor Garcia ordered that LaToyia have a chest x-ray done. The results showed that there was no acute traumatic injury. Doctor Garcia also ordered an x-ray of LaToyia's thoracic spine to be done. The results showed that there was no acute traumatic bony abnormalities on x-ray examination of the thoracic and lumbar spine. Lastly, Doctor Garcia ordered that LaToyia have an x-ray of her lumbosacral spine. The results showed no acute traumatic abnormalities. Doctor Garcia diagnosed LaToyia with post concussive syndrome, back pain, thoracic and lumbar strain, anterior rib pain and a cervical strain. Doctor Garcia discharged LaToyia home and instructed her to follow up with Doctor Vankana within one to two days. He also prescribed her pain medication and gave her educational materials to care for her injuries.

On July 17, 2018, LaToyia followed up with Doctor Saritha Vankana for symptoms related to her back pain. Doctor Vankana referred LaToyia to see a back specialist and to follow up if needed.

On July 28, 2018, LaToyia presented herself to Advanced Physical Medicine for her initial examiniation with Aleksandr Goldvekht, M.D. LaToyia explained that she was experiencing pain in her neck, mid back, low back, and left lower leg. LaToyia was given a series of physical exams and tests to evaluate her injuries. As a result, LaToyia was recommended to begin moist heat therapy, electrical muscle stimulation, and physical therapy exercises. She was instructed to come to therapy 3 times a week for the first two weeks and 2 times a week for the last 3 weeks.

On August 1, 2018, LaToyia presented herself to Advanced Physical Medicine for her initial evaluation. Latoyia was diagnosed with cervical whiplash injury, thoracic whiplash injury, lumbar whiplash injury, and left leg contusion. The goal for LaToyia's physical therapy was to evaluate and treat LaToyia with physical therapy to restore her to her previous function. LaToyia's therapist, Zeeshan Bhatti, determined that manual therapy, therapeutic exercises, therapeutic activities, neuromuscular re-education, spinal decompression, hot and cold packs, mobility training, and coordination would help to restore her function.

LaToyia continued her course of therapy as recommended and followed up with Doctor Goldvekht on September 10, 2018 regarding her symptoms. LaToyia reported that she was still experiencing pain in her neck, lower back, both forearms, and both shins. Doctor Goldvekht evaluated LaToyia's range of motion in her back and determined that she was still injured. He re-prescribed her flexeril for the pain and ordered an MRI of her cervical and lumbar spine. He



recommended that she continue her course of physical therapy.

On September 10, 2018, LaToyia reported to American Diagnostic MRI to have an MRI of her cervical spine and lumbar spine. The results of the MRI of her cervical spine showed that at the C4-C5, C5-C6, and C6-C7 levels, there were 1-2 mm posterior annular disk bulges which indent her thecal sac at those levels. The results of the MRI of her lumbar spine showed that at the L5-S1 level, there was a 8-9 mm posterior central subligamentous disk herniation with an extruded nucleus pulposus with significant central stenosis and mild bilateral neuroforaminal narrowing.

On September 17, 2018, LaToyia followed up with Doctor Goldvekht at Advanced Physical Medicine to review the results of her MRIs. LaToyia reported that there was still not a significant change to her symptoms. Doctor Goldvekht instructed LaToyia to continue taking the flexeril and continue physical therapy. He also referrd her to an interventional pain management doctor for her cervical and lumbar spine.

On September 26, 2018, LaToyia presented herself to Neeraj Jain, M.D. at Pinnacle Pain Management Specialists. LaToyia described that she was experiencing neck pain and lower back pain. LaToyia described her pain as constant and rated it 7 out of 10. She also explained that she experiences numbness and tingling all the way down her back from her neck. Doctor Jain conducted a physical evaluation and found that the lumbar spine revealed significant pain upon palpation. Doctor Jain diagnosed LaToyia with lumbar facet syndrome, lumbar discogenic pain, cervical facet syndrome and cervical discogenic pain. Doctor Jain recommended that LaToyia receive injections in her lumbar and cervical regions of her back. She was instructed to continue physical therapy, continue taking her medication, and receive the injections.

On September 28, 2018, LaToyia went to her final physical therapy appointment. LaToyia's therapist stated that she was progressing, however, she still was experiencing moderate pain and tightness during some of her exercises. He noted that LaToyia had increased her range of motion. LaToyia was discharged and she began a home exercise program.

On March 7, 2019, LaToyia presented herself to Sean Salehi, M.D. at Neurological Surgery and Spine Surgery. LaToyia described that she felt pain in her neck with radiation down into her arms. She also described that she was experiencing a constant pain in her low back with tingling into her bilateral legs. Doctor Salehi conducted a series of physical exams and reviewed LaToyia's radiology tests and diagnosed her with neck pain, a herniated lumbar disc and degenerative disc disease lumbar spine. Doctor Salehi recommended that she receive one to two caudal injections to see if they provide relief of the pain in her low back. He instructed her to follow up for re-evaluation.

On March 14, 2019, LaToyia presented herself to Midwest Anesthesia and Pain Specialists for a consultation for pain with Doctor Mark Farag. She described that she was



experiencing pain in her neck and lower back. She described her lower back pain as sharp, burning, and intermittent in nature. Doctor Farag conducted a series of physical tests and reviewed LaToyia's imaging and diagnosed her with low back pain, radiculopathy of the lumbar region, and cervicalgia. Doctor Farag recommended that LaToyia be scheduled for a transforaminal epidural steroid injection into her lumbar spine. She received the injection in the office by Doctor Farag. In addition, he instructed LaToyia to continue her home exercise program, prescribed pain medications, and to follow up in two weeks.

On March 28, 2019, LaToyia followed up at Midwest Anesthesia and Pain Specialists with Doctor Farag. LaToyia explained that the pain in her lower back has improved as she is only experiencing pain at a 6/10 pain level. LaToyia explained that she was experiencing pain in her upper and mid back and her neck still. Doctor Farag instructed LaToyia to follow up in three weeks and continue her home exercise program. He ordered a lumbar orthotic brace to help reduce the pain in her low back with flexion and extension. Doctor Farag described that if LaToyia were continuing to experience pain, he will plan to repeat the initial injection that LaToyia received.

On April 18, 2019, LaToyia followed up with Doctor Salehi at Neurological Surgery and Spine Surgery. LaToyia described to Doctor Salehi that the pain in her lower back is now at a 4/10. He reported that her neck and low back pain has improved and would not recommend surgical intervention. He instructed her to follow up with him if her low back pain worsened.

On April 18, 2019, LaToyia followed up at Midwest Anesthesia and Pain Specialists with Doctor Mark Farag. LaToyia reported that her current pain levels were much lower than her initial pain levels. She described that she has been able to do some of the activities of her daily life without complication. LaToyia also reported that she is still experiencing pain in her neck and upper back, however, it is not as bothersome as before. Doctor Farag wrote a script for medical marijuana and instructed LaToyia to continue her home exercise program and to follow up if needed in the future.

Below is a list of LaToyia McSwine's medical specials related to her accident on July 11, 2018:

| | |
|---|---|
| Village of Berkeley<br>5819 Electric Ave<br>Berkeley, IL. 60163<br>7/11/2018 | $2231.00 |
| Elmhurst Memorial Hospital<br>155 E. Brush Hill Road<br>Elmhurst, IL. 60126<br>7/11/2018 | $22,642.00 |



| | |
|---|---|
| Associated Pathology Consultants<br>155 E Brush Hill Rd.<br>Elmhurst, IL. 60126<br>7/11/2018 | $92.10 |
| MetroSouth Medical Center<br>12935 S Gregory Street<br>Blue Island, IL. 60406-2428<br>7/12/2018 | $3,625.08 |
| Dr. Saritha Vankana<br>516 W Madison St.<br>Maywood, IL. 60153<br>7/17/2018 | $70.00 |
| Advanced Physical Medicine<br>6931 W North Avenue<br>Oak Park, IL. 60302<br>7/28/2018-9/28/2018 | $4062.35 |
| American Diagnostic MRI<br>PO Box 5370<br>Villa Park, IL. 60181<br>9/10/2018 | $3,900.00 |
| Neeraj Jain M.D.<br>Pinnacle Pain Management Specialists<br>908 N. Elm Street, Suite 109<br>Hinsdale, IL. 60521<br>9/26/2018 | $375.00 |
| Dr. Sean A. Salehi<br>Neurological Surgery and Spine Surgery, SC<br>1 Westbrook Corporate Center #800<br>Westchester, IL. 60154<br>3/7/2019-4/18/2019 | $560.00 |
| Midwest Anesthesia and Pain Specialists<br>2007 75th St.<br>Woodridge, IL. 60517<br>3/14/2019-4/18/2019 | $3,335.00 |
| ADCO Billing Solution<br>3401 Grande Vista Solutions<br>Newbury Park, CA 91320<br>3/28/2019-4/18/2019 | $344.63 |

**Total Medical Specials:     $41,237.16**



Date of First Treatment: 7/11/2018

Injuries:
Neck Strain, Cervical Whiplash Injury/ Facetogenic Pain, Lumbar Whiplash Injury/ Facetogenic Pain, Bilateral UE and LE  Injury, Lumbar Facet Syndrome, Lumbar Discogenic Pain, Cervical Facet Syndrome, Cervical Discogenic Pain, Interververtebral Disc Displacement Lumbar Region, Cervicalgia, Low Back Pain, Headache, Chest Pain, Epigastric Pain,

ICD-10 Codes:  S16.1XXA, R51, R07.9, R10.13, S16.1X, M50.1, M53.8,  M51.1, S80.12 M54.5, M54.2, M50.8, M47.812, M54.16, M51.26 , M51.36,

CPT Treatment Codes: 71260, 74177, 70450, 72125,  72072, 72110, 71046, 99283, 99203, 97010, 97014, 99213, 97162, 97535, 97140, 97110, 72148, 72141, 99204, 99203, 99214, 64483, J1030, Q9966,

Prior/Subsequent History of Injuries:
None noted.

| Provider | # of Tx | Last Tx Date | Type of Care |
|---|---|---|---|
| Village of Berkeley | 1 | 7/11/2018 | Ambulance Transport |
| Elmhurst Memorial Hospital | 1 | 7/11/2018 | Emergency Room, CT Scans and Injections |
| Associated Pathology Consultants | 1 | 7/11/2018 | Emergency Room Pathology Billing |
| MetroSouth Medical Center | 1 | 7/12/2018 | Emergency Room, X-Rays |
| Dr. Saritha Vankana | ? | 7/17/2018 | Primary Care Physician |
| Advanced Physical Medicine | 19 | 9/28/2018 | Physical Therapy |
| American Diagnostic MRI LLC | 1 | 9/10/2018 | MRI of the Cervical and Lumbar Spine |
| Neeraj Jain, M.D. Pinnacle Pain Management Specialists | 1 | 9/26/2018 | Pain Management Specialist, Injections Recommended |
| Neurological Surgery and Spine Surgery | 2 | 4/18/2019 | Follow up Consultation of Pain, Injections Recommended |
| Midwest Anesthesia and Pain Specialists | 3 | 4/18/2019 | Pain Specialists, Received Injections |



| ADCO Billing Solutions | 2 | 4/18/2019 | Billing for Medication Received at Midwest Anesthesia and Pain Specialists |
| --- | --- | --- | --- |

History of Complaints:

| Symptom | Provider | Date Noted |
| --- | --- | --- |
| Back Pain | Village of Berkley-EMS, Elmhurst Memorial Hospital, MetroSouth Medical Center, Saritha Vankana, Advanced Physical Medicine, American Diagnostic MRI, Neeraj Jain, Neurological Surgery and Spine Surgery, Midwest Anesthesia and Pain Specialists | 7/11/2018, 7/12/2018, 7/17/2018, 7/28/2018, 8/1/2018, 8/6/2018 8/8/2018, 8/10/2018, 8/14/2018, 8/15/2018,  8/20/2018, 8/22/2018, 8/24/2018, 8/27/2018, 8/29/2018, 9/5/2018, 9/7/2018, 9/10/2018, 9/12/2018, 9/14/2018 9/17/2018, 9/26/2018, 9/28/2018, 3/7/2019, 3/14/2019, 3/28/2019, 4/18/2019 |
| Headache | Village of Berkley-EMS, Elmhurst Memorial Hospital, MetroSouth Medical Center | 7/11/2018, 7/12/2018 |
| Neck Pain | Village of Berkley- EMS, Elmhurst Memorial Hospital, MetroSouth Medical Center, Advanced Physical Medicine, American Diagnostic MRI, Neeraj Jain, Neurological Surgery and Spine Surgery, Midwest Anesthesia and Pain Specialists | 7/11/2018, 7/12/2018, 7/28/2018, 8/1/2018, 8/6/2018, 8/8/2018, 8/10/2018, 8/14/2018, 8/15/2018, 8/20/2018, 8/22/2018, 8/24/2018, 8/27/2018, 8/29/2018, 9/5/2018, 9/7/2018, 9/10/2018, 9/12/2018, 9/14/2018, 9/17/2018, 9/26/2018, 9/28/2018, 3/7/2019, 3/14/2019, 3/28/2019, 4/18/2019 |
| Chest Pain | Elmhurst Memorial Hospital | 7/11/2018 |
| Rib Pain | MetroSouth Medical Center | 7/12/2018 |
| Bilateral Forearm Pain | MetroSouth Medical Center | 7/12/2018 |
| Bilateral Shin Pain | Advanced Physical Medicine | 8/6/2018, 9/10/2018, 9/17/2018 |
| Left Lower Leg Pain | Advanced Physical Medicine | 7/28/2018, 8/1/2018, 8/8/2018, 8/10/2018, 8/14/2018, 8/15/2018, 8/20/2018, 8/22/2018, 8/24/2018 |



Prognosis:

| Complaint | Provider | Prognosis | Prognosis Date |
|---|---|---|---|
| Back Pain | Neeraj Jain | Lumbar Facet Syndrome<br>Receive Injections | 9/26/2018 |
| Headache | Elmhurst Memorial Hospital | Head Pain<br>Received a CT Scan of her Brain and Head<br>Secondary Symptom to hitting her head on the windshield | 7/11/2018 |
| Neck Pain | Elmhurst Memorial Hospital | Cervical Strain<br>Begin Physical Therapy, Receive Injections | 7/11/2018 |
| Chest Pain | Elmhurst Memorial Hospital | Chest Pain<br>Received a CT Scan of her Chest | 7/11/2018 |
| Rib Pain | MetroSouth Medical Center | Rib Pain<br>Given a Chest Xray | 7/12/2018 |
| Bilateral Forearm Pain | MetroSouth Medical Center | Forearm Pain<br>Prescribed Medication for the Pain | 7/12/2018 |
| Bilateral Shin Pain | Advanced Physical Medicine | Secondary Symptom to the MVA and LE Pain | 8/6/2018 |
| Left Lower Leg Pain | Advanced Physical Medicine | Secondary Symptom to the MVA and Back Pain | 7/28/2018 |

Therapies:

| Therapy | Duration | Physician | Last Date Noted |
|---|---|---|---|
| **Physical Therapy:**<br>Manual Therapy, Therapeutic Exercises, Therapeutic Activities, Neuromuscular Re-educatiom, Spinal Decompression, Electrical Muscle Stimulation, UltraSound Therapy, Hot/Cold Packs, mobility/Gait/Ambulation/Strength Training, Posture/Balance/Coordination, Home Exercise Program | 8/1/2018-9/28/2018 | Advanced Physical Medicine | 9/28/2018 |



Testing:

| Test Type | Test Result | Physician | Date Noted |
|-----------|-------------|-----------|------------|
| CT Chest + Abdomen + Pelvis | Impression: No acute post traumatic abnormality of the chest, abdomen, or pelvis | Elmhurst Memorial Hospital | 7/11/2018 |
| CT Brain or Head | Impression: No acute intracranial process | Elmhurst Memorial Hospital | 7/11/2018 |
| CT Spine Cervical | Impression: No acute cervical fracture or significant degenerative change in the cervical spine | Elmhurst Memorial Hospital | 7/11/2018 |
| XR Chest 2 Views | Impression: No acute traumatic injury | MetroSouth Medical Center | 7/12/2018 |
| XR Spine Thoracic | Impression: (1) No acute traumatic bony abnormalities on x-ray examination of the thoracic and lumbar spine. (2) Shallow lumbar levoscoliosis also present previously. | MetroSouth Medical Center | 7/12/2018 |
| XR Spine Lumbosacral | Impression: No acute traumatic bony abnormalities on x-ray examination of the thoracic and lumbar spine. (2) Shallow lumbar levoscoliosis also present previously. | MetroSouth Medical Center | 7/12/2018 |
| MRI of the Cervical Spine | Impression: At the C4-C5, C5-C6, and C6-C7 levels, there are 1-2 mm posterior annular disk bulges which indent the thecal sac at these levels. (2) The rest of the cervical spine is unremarkable. | American Diagnostic MRI | 9/10/2018 |
| MRI of the Lumbar Spine | Impression: At the L5-S1 level, there is an 8-9 mm posterior central subligamentous disk herniation with an extruded nucleus pulpous with significant central stenosis and mild bilateral neuroforaminal narrowing. (2) The rest of the lumbar spine appeared unremarkable. | American Diagnostic MRI | 9/10/2018 |

Gaps or Delays in Treatment:
None Noted.

Wage Loss Claim:
None Noted.



Loss of Enjoyment of Life:

LaToyia suffered from impaired function and pain, and as a result, suffers a loss of enjoyment of daily work, domestic, hobby and leisure activities. Accordingly, we are making a loss of enjoyment of life claim, which is supported by the medical notes in this case.

LaToyia experienced a loss of enjoyment in performing domestic activities and as a result of her injuries has had to significantly modify her daily living activities to avoid the onset of increased pain to her back, neck, chest and ribs. LaToyia's back pain was exacerbated with prolonged walking, standing, and sitting. Although LaToyia's pain was decreased with rest, the pain would wake her from her sleep. LaToyia experienced difficulty with her self care and personal hygiene. As such, she had difficulty managing her pain when she would make her bed or put on her shoes. In addition, LaToyia struggled with prolonged physical activity, such as, standing for long periods of time or walking. As a result, LaToyia's life was negatively impacted as a result of the accident.

Demand:

In light of the above, we are demanding $150,000.00 for the settlement of LaToyia McSwine's claim. If your valuation of the claim is less then our settlement demand, please break down your offer of settlement outlining specifically the value you are assigning to each component of our client's damages.

I have enclosed the bills and records our office has to date for your consideration. Please contact me once you have had a chance to review this claim so that we may reach an amicable solution rather than me filing suit.

Sincerely,

THE LAW OFFICE OF SCOTT D. DESALVO, LLC

*ss/Stacia Peterson*

Stacia E. Peterson